**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Roman Builders LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-1159426** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1990 NW 29 Street**<br>**Oakland Park, FL 33311**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Broward**<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Roman Builders LLC**                                    Case number (*if known*) _____

    Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __2383__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor    **Roman Builders LLC**                                    Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ When _____ | | Case number, if known _____ |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name    _____
          Phone           _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Roman Builders LLC**                                    Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 19, 2025**
                      MM / DD / YYYY

**X** **/s/ Lance DiBona**                                    **Lance DiBona**
_____        _____
Signature of authorized representative of debtor                     Printed name

Title    **Owner**
_____

**18. Signature of attorney**

**X** **/s/ Susan D Lasky**                          Date    **March 19, 2025**
_____              _____
Signature of attorney for debtor                                     MM / DD / YYYY

**Susan D Lasky 451096**
_____
Printed name

**Susan D. Lasky, PA**
_____
Firm name

**320 SE 18 Street**
**Fort Lauderdale, FL 33316**
_____
Number, Street, City, State & ZIP Code

Contact phone    **954-400-7474**          Email address    **Jessica@SueLasky.com**

**451096 FL**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Roman Builders LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 19, 2025**      X **/s/ Lance DiBona**
                                        Signature of individual signing on behalf of debtor

                                        **Lance DiBona**
                                        Printed name

                                        **Owner**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Roman Builders LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Business Gold Card POB 650448 Dallas, TX 75265** | | **Credit Card** | **Contingent Unliquidated** | | | **$12,511.66** |
| **Beacon Waterproofing Products POB 100639 Atlanta, GA 30384-0639** | | | | | | **$40,275.05** |
| **Capital One Small Business Svcs POB 85192 Richmond, VA 23286** | | **Credit Card** | **Unliquidated** | | | **$4,982.27** |
| **Capital One POB 855200 Richmond, VA 23285** | | **Credit Card** | | | | **$4,895.66** |
| **Capital One POB 650010 Dallas, TX 75265** | | **Credit Card** | **Unliquidated** | | | **$1,077.52** |
| **Capital One POB 85015 Richmond, VA 23285** | | **Credit Card** | **Unliquidated** | | | **$1,075.10** |
| **Capital One POB 650010 Dallas, TX 75265** | | **Credit Card** | **Contingent Unliquidated Disputed** | | | **$500.00** |
| **Citi Advantage POB 6404 The Lakes, NV 88901** | | **Credit Card** | | | | **$11,497.69** |

| Debtor | **Roman Builders LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Corporation Svc Company POB 2576 Springfield, IL 62708** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Ford Credit POB 650575 Dallas, TX 75265** | | **2022 Ford F150 VIN 1FTFW1E88NFC32 105** | | **$45,474.64** | **$45,000.00** | **$474.64** |
| **Ford Motor Credit POB 542000 Omaha, NE 68154** | | **2024 Ford Transit T-350 VIN 1FDAX2YG8RKA3 0924** | | **$56,788.25** | **$51,042.00** | **$5,746.25** |
| **Ford Motor Credit POB 542000 Omaha, NE 68154** | | **2022 Ford F350 VIN 1FT8W3DTINEG30 384** | | **$68,110.19** | **$65,000.00** | **$3,110.19** |
| **Ford Motor Credit POB 542000 Omaha, NE 68154** | | **2022 Ford Transit Connect Wagon VIN NM0GE9F28N1543 754** | | **$35,410.85** | **$28,549.00** | **$6,861.85** |
| **Ford Motor Credit Corporation National Bankruptcy Center Po Box 537901 Livonia, MI 48153** | | **2023 Ford T250 Van VIN 1FTBR1CG1PKA7 9612** | | **$56,788.25** | **$47,155.00** | **$9,633.25** |
| **Funding Metrics LLC 3220 Tillman Dr Suite 200 Bensalem, PA 19020** | | | | | | **$31,111.51** |
| **G&G Funding Group LLC 57 West 57 St 4th Floor New New York, NY 10019** | | **Some fees disputed** | **Contingent Unliquidated Disputed** | | | **$291,178.05** |
| **Hornerxpress - South Florida 5755 Powerline Rd Fort Lauderdale, FL 33309** | | | **Contingent Unliquidated Disputed** | | | **$606.87** |
| **Kapitus LLC 2500 Wilson Blvd Suite 350 Arlington, VA 22201** | | **Some fees disputed** | **Contingent Unliquidated Disputed** | | | **$155,363.00** |

Debtor  **Roman Builders LLC**                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Premium Merchant Funding LLC United First LLC 2999 NE 191 Street Unit 901 Miami, FL 33180** | | | | | | **$6,904.00** |
| **Speedy Funding LLC 243 Tresser Blvd Suite 18 Stamford, CT 06901** | | | | | | **$23,400.00** |

**Fill in this information to identify the case:**

Debtor name    **Roman Builders LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

**Part 1:    Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **111,714.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **709,349.96**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **821,063.96**

**Part 2:    Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $     **429,748.52**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **585,378.38**

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b

$     **1,015,126.90**

**Fill in this information to identify the case:**

Debtor name    **Roman Builders LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** | **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Checking Acct 6314** **PNC Bank** | | | |
| 3.1. **negative balance** | | | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $0.00

**Part 2:** | **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security Deposit** | **$7,500.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $7,500.00

Debtor  **Roman Builders LLC**
        Name                                          Case number *(If known)* _____

---

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

11a. 90 days old or less:       180,402.52    -              0.00  = ....         $180,402.52
                          _____        _____
                          face amount                doubtful or uncollectible accounts

11b. Over 90 days old:          123,973.00    -              0.00  =....          $123,973.00
                          _____        _____
                          face amount                doubtful or uncollectible accounts

**12.**     **Total of Part 3.**                                        | $304,375.52 |
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** **Raw Materials- Tremco Waterproofing $ 1,000.00, Kryton Repair Grout $ 3,200.00, Basecrete Waterproofing Membrane $ 4,662.00, STO $ 1,000.00, Stucco $ 350.00, Portland Cement $ 450.00, Sakrete $ 200.00** | 01.01.25 | Unknown | | $10,862.00 |

**20.**     **Work in progress**

Debtor    **Roman Builders LLC**                                            Case number *(If known)*  _____
                  Name

**• Cemex – Brookesville**
**South Cement Plant,**
**Brookesville FL 34601**
**Project: Preheater**
**Tower - Spalling**
**Concrete Repair - SILO**
**Starting Date – 9/2024 to**
**present**
**• Miami Management**
**Inc.**
**Poinciana Parc**
**Community Davie FL –**
**Entrance/Exit Planters**
**Repair**
**Starting Date – 1/2025 to**
**present**
**• Miami Management**
**Inc.**
**Poinciana Parc – Forest**
**Oak Davie FL – Paver/**
**Sidewalk Repair**
**Starting Date: 2/26/2025**
**• Hendrick Brothers**
**Construction**
**Job Location: 12409**
**Hautree Court Palm**
**Beach FL 33418**
**Project: Pool Shell**
**Repair and**
**Waterproofing**
**Starting Date: 2/25/2025**
**• Marcon Forensics &**
**Engineering**
**Construction**
**Project: Solaris @**
**Brickell Bay – Pool Shell**
**Leak Repair and**
**Chemical Injection**
**Job Location: 186 SE**
**12th Terrace Miami FL**
**33131**

| **Starting Date: This week** | 02.20.25 | | $0.00 | | $20,000.00 |
|---|---|---|---|---|---|

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

Debtor    **Roman Builders LLC**                                    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| **Hammer Drills 45 pcs. $ 2,250.00, Grinders 40 pcs. $ 800.00, Sub-Pumps 14 pcs. $ 700.00, Pressure washers 8 pcs. $1,600.00, Generators 11 pcs. $ 3,850.00, Blowers 23 pcs. $ 5,175.00, Sprayers $ 1,500.00, Vacuums $ 3,500.00, Power tools $ 1,225.00, Ladders $ 910.00, Coolers $ 60.00, Batteries $ 2,000.00, Concrete Sands $ 2,450.00, Lights $ 225.00 Extension Cords $ 1,500.00, Water hoses $ 300.00** | | **$0.00** | | **$29,645.00** |

23.     **Total of Part 5.**                                    | **$60,507.00** |

         Add lines 19 through 22. Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**

         ■ No
         ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

         ■ No
         ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

         ■ No
         ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

         ■ No. Go to Part 7.
         ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

         ☐ No. Go to Part 8.
         ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks/ Chairs** | **$0.00** | | **$500.00** |
| 40. | **Office fixtures**<br>**Shelving/ Blinds** | **$0.00** | | **$100.00** |

Debtor    **Roman Builders LLC**_____    Case number *(If known)*_____
Name

| | | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**iPad/ Computer/ Printer**_____ | $0.00 | $2,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.    | $2,600.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 Chevy K3500**<br>**VIN 1GT421C80FF663982** | $0.00 | | $16,627.00 |
| 47.2. **2023 Ford Transit Connect**<br>**VIN NM0LS7S23P1547795** | $0.00 | | $29,115.44 |
| 47.3. **2024 Ford Transit T-350**<br>**VIN 1FDAX2YG8RKA30924** | $0.00 | | $51,042.00 |
| 47.4. **2016 Isuzu NPR HD**<br>**VIN JALC4J163G7001671** | $0.00 | | $28,000.00 |
| 47.5. **2006 Isuzu NPR**<br>**VIN JAC4J16467004562** | $0.00 | | $15,500.00 |
| 47.6. **2021 Kauffman Trailer**<br>**VIN 5VGFX1425ML006048** | $0.00 | | $8,379.00 |
| 47.7. **2022 Ford Transit Connect Wagon**<br>**VIN NM0GE9F28N1543754** | $0.00 | | $28,549.00 |

Debtor   **Roman Builders LLC**                                    Case number *(If known)* _____
          Name

| 47.8. | **2023 Ford T250 Van**<br>**VIN 1FTBR1CG1PKA79612** | $0.00 | | $47,155.00 |
|---|---|---|---|---|
| 47.9. | **2022 Ford F350**<br>**VIN 1FT8W3DTINEG30384** | $0.00 | | $65,000.00 |
| 47.10. | **2022 Ford F150**<br>**VIN 1FTFW1E88NFC32105** | $0.00 | | $45,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**

51.   **Total of Part 8.**                                                            | $334,367.44 |

       Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **415 N Jinete St**<br>**Montura Ranches, FL**<br>**33440** | | $0.00 | | $29,172.00 |
| 55.2.   **733 Appaloosa Ave.,**<br>**Montura Ranches**<br>**Clewiston FL 33440** | | $0.00 | | $82,542.00 |

56.   **Total of Part 9.**                                                            | $111,714.00 |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

Debtor    **Roman Builders LLC**_____    Case number *(If known)* _____
          Name

Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **Roman Builders LLC Website** | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties** **Business License** | $0.00 | | $0.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                                          | $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Roman Builders LLC**
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $304,375.52 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $60,507.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $334,367.44 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $111,714.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $709,349.96 | + 91b. $111,714.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $821,063.96 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Roman Builders LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim <br> Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|
| **2.1   Ford Credit** <br> Creditor's Name <br><br> **POB 650575** <br> **Dallas, TX 75265** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **12/2022** <br> **Last 4 digits of account number** <br> **4997** | **Describe debtor's property that is subject to a lien** <br> **2022 Ford F150** <br> **VIN 1FTFW1E88NFC32105** <br><br> **Describe the lien** <br> **Lien on Title** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$45,474.64** | **$45,000.00** |
| **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **2.2   Ford Motor Credit** <br> Creditor's Name <br><br> **POB 542000** <br> **Omaha, NE 68154** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **12/2023** <br> **Last 4 digits of account number** <br> **0523** | **Describe debtor's property that is subject to a lien** <br> **2022 Ford Transit Connect Wagon** <br> **VIN NM0GE9F28N1543754** <br><br> **Describe the lien** <br> **Lien on Title** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$35,410.85** | **$28,549.00** |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply | | |

Debtor **Roman Builders LLC**
Name

Case number *(if known)* _____

■ No
☐ Yes. Specify each creditor, including this creditor and their relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Credit** | | **Describe debtor's property that is subject to a lien** | $68,110.19 | $65,000.00 |

Creditor's Name

**POB 542000**
**Omaha, NE 68154**

Creditor's mailing address

**2022 Ford F350**
**VIN 1FT8W3DTINEG30384**

**Describe the lien**
**Lien on Title**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2023**
**Last 4 digits of account number**
**8864**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and their relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Motor Credit** | | **Describe debtor's property that is subject to a lien** | $21,867.33 | $29,115.44 |

Creditor's Name

**POB 542000**
**Omaha, NE 68154**

Creditor's mailing address

**2023 Ford Transit Connect**
**VIN NM0LS7S23P1547795**

**Describe the lien**
**Lien on Title**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2023**
**Last 4 digits of account number**
**7649**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and their relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Motor Credit** | | **Describe debtor's property that is subject to a lien** | $56,788.25 | $51,042.00 |

Creditor's Name

**POB 542000**
**Omaha, NE 68154**

Creditor's mailing address

**2024 Ford Transit T-350**
**VIN 1FDAX2YG8RKA30924**

**Describe the lien**
**Lien on Title**
**Is the creditor an insider or related party?**
■ No

---

Debtor  **Roman Builders LLC**                                    Case number (if known) _____
_____
Name

| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |

**Date debt was incurred**

**12/2024**

**Last 4 digits of account number**

**1567**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ford Motor Credit Corporation** | **Describe debtor's property that is subject to a lien** | $56,788.25 | $47,155.00 |

Creditor's Name

2023 Ford T250 Van
VIN 1FTBR1CG1PKA79612

**National Bankruptcy Center**
**Po Box 537901**
**Livonia, MI 48153**
Creditor's mailing address

**Describe the lien**

**Line on Title**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/2023**

**Last 4 digits of account number**

**4132**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **SBA*** | **Describe debtor's property that is subject to a lien** | $131,162.20 | $131,162.20 |

Creditor's Name

All Property on Schedule A/B

**409 3rd Street W**
**Washington, DC 20024**
Creditor's mailing address

**Describe the lien**

**Blanket Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**6/2023**

**Last 4 digits of account number**

**8210**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor **Roman Builders LLC**
    Name                                              Case number (if known)

| | | | |
|---|---|---|---|
| **2.8** | **SBA\*** | Describe debtor's property that is subject to a lien | $14,146.81    $14,146.81 |
| | Creditor's Name | **All Property on Schedule A/B** | |

**409 3rd Street W**
**Washington, DC 20024**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2022**

**Last 4 digits of account number**
**7803**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$429,748.52**

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Assistant US Attorney**<br>**Civil Division (Bankruptcy)**<br>**99 NE 4 Street 3rd Floor**<br>**Miami, FL 33132** | Line **2.7** | |
| **Assistant US Attorney**<br>**Civil Division (Bankruptcy)**<br>**99 NE 4 Street 3rd Floor**<br>**Miami, FL 33132** | Line **2.8** | |
| **Attorney General of the United States**<br>**US Dept of Justice**<br>**950 Pennsylvania Ave NW**<br>**Washington, DC 20530** | Line **2.7** | |
| **Attorney General of the United States**<br>**US Dept of Justice**<br>**950 Pennsylvania Ave NW**<br>**Washington, DC 20530** | Line **2.8** | |
| **Dave Fishman, Attorney**<br>**Small Business Admin**<br>**409 3 St SW**<br>**Washington, DC 20024** | Line **2.7** | |
| **Dave Fishman, Attorney**<br>**Small Business Admin**<br>**409 3 St SW**<br>**Washington, DC 20024** | Line **2.8** | |

Debtor   **Roman Builders LLC**
_____      Case number (if known) _____
Name

| | |
|---|---|
| **Raychelle Tasher, Esq**<br>**Asst US Atty Civil Div (Bkcy)**<br>**US Atty Office, Southern Dist**<br>**99 NE 4 St., Ste 300**<br>**Miami, FL 33132** | Line  **2.7** |
| **Raychelle Tasher, Esq**<br>**Asst US Atty Civil Div (Bkcy)**<br>**US Atty Office, Southern Dist**<br>**99 NE 4 St., Ste 300**<br>**Miami, FL 33132** | Line  **2.8** |
| **Securities and Exchange Commission**<br>**100 F St., NW**<br>**Washington, DC 20549** | Line  **2.8** |
| **US Atty**<br>**Southern Dist of Florida**<br>**99 NE 4 St**<br>**Miami, FL 33132** | Line  **2.7** |
| **US Atty**<br>**Southern Dist of Florida**<br>**99 NE 4 St**<br>**Miami, FL 33132** | Line  **2.8** |
| **US Attys Office**<br>**500 E Broward Blvd**<br>**Fort Lauderdale, FL 33394** | Line  **2.7** |
| **US Attys Office**<br>**500 E Broward Blvd**<br>**Fort Lauderdale, FL 33394** | Line  **2.8** |
| **US Small Business Administration**<br>**Attn Garrett Lenox Paralegal Specialist**<br>**US SBA**<br>**200 West Santa Ana Blvd., Ste 740**<br>**Santa Ana, CA 92701** | Line  **2.7** |
| **US Small Business Administration**<br>**South Florida District Office**<br>**SBA District Office**<br>**51 SW 1st Ave., Suite 201**<br>**Miami, FL 33130** | Line  **2.7** |
| **US Small Business Administration**<br>**Attn Garrett Lenox Paralegal Specialist**<br>**US SBA**<br>**200 West Santa Ana Blvd., Ste 740**<br>**Santa Ana, CA 92701** | Line  **2.8** |
| **US Small Business Administration**<br>**South Florida District Office**<br>**SBA District Office**<br>**51 SW 1st Ave., Suite 201**<br>**Miami, FL 33130** | Line  **2.8** |

**Fill in this information to identify the case:**

Debtor name  **Roman Builders LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**American Express Business Gold Card**
**POB 650448**
**Dallas, TX 75265**

Date(s) debt was incurred _

Last 4 digits of account number  **2004**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**Amount of claim: $12,511.66**

---

**3.2** | Nonpriority creditor's name and mailing address

**Beacon Waterproofing Products**
**POB 100639**
**Atlanta, GA 30384-0639**

Date(s) debt was incurred _

Last 4 digits of account number  **4572**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Amount of claim: $40,275.05**

---

**3.3** | Nonpriority creditor's name and mailing address

**Capital One**
**POB 650010**
**Dallas, TX 75265**

Date(s) debt was incurred _

Last 4 digits of account number  **2368**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**Amount of claim: $500.00**

---

**3.4** | Nonpriority creditor's name and mailing address

**Capital One**
**POB 85015**
**Richmond, VA 23285**

Date(s) debt was incurred _

Last 4 digits of account number  **3615**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**Amount of claim: $1,075.10**

Debtor    **Roman Builders LLC**                                      Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,895.66** |

**Capital One**
**POB 855200**
**Richmond, VA 23285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2627**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,982.27** |
|---|---|---|---|

**Capital One**
**Small Business Svcs**
**POB 85192**
**Richmond, VA 23286**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9172**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,077.52** |
|---|---|---|---|

**Capital One**
**POB 650010**
**Dallas, TX 75265**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3186**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,497.69** |
|---|---|---|---|

**Citi Advantage**
**POB 6404**
**The Lakes, NV 88901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8959**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Corporation Svc Company**
**POB 2576**
**Springfield, IL 62708**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Credibly of Arizona LLC**
**25200 Telegraph Rd #350**
**Southfield, MI 48033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CT Corporation System, as representative**
**330 N Brand Blvd., Suite 700**
**Attn SPRS**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Roman Builders LLC**                                      Case number *(if known)* _____
　　　　　Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,111.51 |

**Funding Metrics LLC**
**3220 Tillman Dr**
**Suite 200**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2024**

Basis for the claim:  _

Last 4 digits of account number  **2156**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291,178.05 |

**G&G Funding Group LLC**
**57 West 57 St**
**4th Floor New**
**New York, NY 10019**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/23/2025**

Basis for the claim:  **Some fees disputed**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $606.87 |

**Hornerxpress - South Florida**
**5755 Powerline Rd**
**Fort Lauderdale, FL 33309**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **6230**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,363.00 |

**Kapitus LLC**
**2500 Wilson Blvd**
**Suite 350**
**Arlington, VA 22201**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Some fees disputed**

Last 4 digits of account number  **9281**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,904.00 |

**Premium Merchant Funding LLC**
**United First LLC**
**2999 NE 191 Street**
**Unit 901**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2024**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,400.00 |

**Speedy Funding LLC**
**243 Tresser Blvd**
**Suite 18**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2025**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor    **Roman Builders LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1    **Isaac H Greenfield Esq.**<br>**2 Executive Blvd**<br>**Suite 305**<br>**Suffern, NY 10901** | Line **3.13**<br><br>☐  Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | **0.00** |
| **5b. Total claims from Part 2** | 5b.   +  $ | **585,378.38** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | **585,378.38** |

**Fill in this information to identify the case:**

Debtor name        **Roman Builders LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **1900-2256 NW 29 St & 2911-17 NW 21st Ave., Oakland Park FL 33311** | |
|      State the term remaining | **Levy Realty Advisors, LLC** |
|      List the contract number of any government contract  _____ | **Affordable Warehouse AFF 4901 Spectrum Blvd Fort Lauderdale, FL 33309** |

**Fill in this information to identify the case:**

Debtor name **Roman Builders LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Lance DiBona** | **2811 N Oakland Forest Dr Unit 102 Fort Lauderdale, FL 33309** | **Ford Credit** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Lance DiBona** | | **Ford Motor Credit** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Lance DiBona** | | **Ford Motor Credit** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Lance DiBona** | | **Ford Motor Credit** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.5 **Lance DiBona** | | **Ford Motor Credit** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

Debtor    **Roman Builders LLC**                                    Case number *(if known)*  _____

| ■ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                            *Column 2:* **Creditor**

| 2.6 | **Lance DiBona** | **Ford Motor Credit Corporation** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

| 2.7 | **Lance DiBona** | **Funding Metrics LLC** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |

| 2.8 | **Lance DiBona** | **G&G Funding Group LLC** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |

| 2.9 | **Lance DiBona** | **Kapitus LLC** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |

| 2.10 | **Lance DiBona** | **Premium Merchant Funding LLC** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |

| 2.11 | **Lance DiBona** | **SBA\*** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

| 2.12 | **Lance DiBona** | **SBA\*** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

| 2.13 | **Lance DiBona** | **Speedy Funding LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

Debtor   **Roman Builders LLC**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | |
| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

**Fill in this information to identify the case:**

Debtor name     **Roman Builders LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**     **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$430,171.92** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$1,792,208.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$1,885,293.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**     **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    Roman Builders LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. TJ Pavement Corp<br>3232 NW 67 St<br>Miami, FL 33147 | 2/28/25 | $19,054.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. G&G Funding Group LLC<br>57 West 57 St<br>4th Floor New<br>New York, NY 10019 | 1/31/25 | $9,632.45 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. National Waterproofing | 1/15/25 | $10,780.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Roman Builders LLC**                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **G&G Funding Group LLC<br>vs<br>Roman Builders LLC<br>and Lance DiBona** | **Breach of Contract** | **Supreme Court of the State of New York<br>County of Monroe** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **United First** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Susan D. Lasky, PA<br>320 SE 18 Street<br>Fort Lauderdale, FL 33316** | **Attorney Fees & Filing Fee** | **2/24/25** | **$4,238.00** |
| | Email or website address<br>**Jessica@SueLasky.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Roman Builders LLC**                                    Case number (if known) _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Susan D. Lasky, PA**<br>**320 SE 18 Street**<br>**Fort Lauderdale, FL 33316** | **Attorney Fees** | | **$7,500.00** |
| | Email or website address<br>**Jessica@SueLasky.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    **Roman Builders LLC**                                        Case number *(if known)*

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ADP 401k Retirement** | EIN: **65-1159426** |

Has the plan been terminated?

■ No
☐ Yes

---

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **Roman Builders LLC**                                                      Case number *(if known)*

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **VTB Accounting & Advisory Inc**<br>**433 Plaza Real Ste 275**<br>**Boca Raton, FL 33432** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **6**

Debtor    **Roman Builders LLC**                                             Case number *(if known)*

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lance DiBona** | | **Shareholder** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Lance DiBona** **2811 N Oakland Forest Dr** **Unit 102** **Fort Lauderdale, FL 33309** | **$66,176.00** | **2024** | **Salary** |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor **Roman Builders LLC**  Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 19, 2025**

**/s/ Lance DiBona**  **Lance DiBona**
Signature of individual signing on behalf of the debtor  Printed name

Position or relationship to debtor  **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re  **Roman Builders LLC**

Debtor(s)

Case No. _____

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lance DiBona**<br>**2811 N Oakland Forest Dr**<br>**Unit 102**<br>**Fort Lauderdale, FL 33309** | | **100** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 19, 2025**

Signature  **/s/ Lance DiBona**

**Lance DiBona**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Southern District of Florida

In re   **Roman Builders LLC**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 19, 2025**

**/s/ Lance DiBona**

**Lance DiBona**/**Owner**
Signer/Title

American Express Business Gold Card
POB 650448
Dallas, TX 75265


Assistant US Attorney
Civil Division (Bankruptcy)
99 NE 4 Street 3rd Floor
Miami, FL 33132


Attorney General of the United States
US Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530


Beacon Waterproofing Products
POB 100639
Atlanta, GA 30384-0639


Capital One
POB 650010
Dallas, TX 75265


Capital One
POB 85015
Richmond, VA 23285


Capital One
POB 855200
Richmond, VA 23285


Capital One
Small Business Svcs
POB 85192
Richmond, VA 23286


Citi Advantage
POB 6404
The Lakes, NV 88901


Corporation Svc Company
POB 2576
Springfield, IL 62708

Credibly of Arizona LLC
25200 Telegraph Rd #350
Southfield, MI 48033


CT Corporation System, as representative
330 N Brand Blvd., Suite 700
Attn SPRS
Glendale, CA 91203


Dave Fishman, Attorney
Small Business Admin
409 3 St SW
Washington, DC 20024


Ford Credit
POB 650575
Dallas, TX 75265


Ford Motor Credit
POB 542000
Omaha, NE 68154


Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 537901
Livonia, MI 48153


Funding Metrics LLC
3220 Tillman Dr
Suite 200
Bensalem, PA 19020


G&G Funding Group LLC
57 West 57 St
4th Floor New
New York, NY 10019


Hornerxpress - South Florida
5755 Powerline Rd
Fort Lauderdale, FL 33309


Isaac H Greenfield Esq.
2 Executive Blvd
Suite 305
Suffern, NY 10901

Kapitus LLC
2500 Wilson Blvd
Suite 350
Arlington, VA 22201


Lance DiBona
2811 N Oakland Forest Dr
Unit 102
Fort Lauderdale, FL 33309


Lance DiBona


Levy Realty Advisors, LLC
Affordable Warehouse AFF
4901 Spectrum Blvd
Fort Lauderdale, FL 33309


Premium Merchant Funding LLC
United First LLC
2999 NE 191 Street
Unit 901
Miami, FL 33180


Raychelle Tasher, Esq
Asst US Atty Civil Div (Bkcy)
US Atty Office, Southern Dist
99 NE 4 St., Ste 300
Miami, FL 33132


SBA*
409 3rd Street W
Washington, DC 20024


Securities and Exchange Commission
100 F St., NW
Washington, DC 20549


Speedy Funding LLC
243 Tresser Blvd
Suite 18
Stamford, CT 06901

US Atty
Southern Dist of Florida
99 NE 4 St
Miami, FL 33132


US Attys Office
500 E Broward Blvd
Fort Lauderdale, FL 33394


US Small Business Administration
Attn Garrett Lenox Paralegal Specialist
US SBA
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701


US Small Business Administration
South Florida District Office
SBA District Office
51 SW 1st Ave., Suite 201
Miami, FL 33130